IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBINDER SINGH,<br><br>                    Plaintiff,<br><br>         vs.<br><br>UNITES STATES OF AMERICA, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 12-0934 LJO BAM<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 6.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this action in its entirety;

2. VACATES all pending matters and dates, including the August 8, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   August 2, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE